United States District Court
Middle District of Florida
Jacksonville Division

**CHARLOTTE MANUEL,**

    *Plaintiff,*

v.                                                                        NO. 3:19-cv-217-J-20PDB

**JOHNSON & JOHNSON AND ETHICON, INC.,**

    *Defendants.*

# Order

Under Local Rule 2.02, the plaintiff moves for permission for Luke Hertenstein to specially appear to represent her in this case, with Robert Price serving as local counsel, Doc. 20. Based on the information with the motion, the Court **grants** the motion; **permits** Mr. Hertenstein to specially appear to represent the plaintiff in this case, with Mr. Price serving as local counsel; and **directs** Mr. Hertenstein to register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form.

Under Local Rule 2.03(b), the plaintiff moves for substitution of counsel, asking the Court to allow Adam Evans, Esquire, to withdraw and to substitute Mr. Hertenstein in his place. Doc. 19. Because the motion is unopposed and granting the motion will not affect case management, the Court **grants** the motion, Doc. 19; **permits** Mr. Evans to withdraw; **substitutes** Mr. Hertenstein in his place; and **directs** the clerk to modify the docket accordingly.

**Ordered** in Jacksonville, Florida, on August 20, 2019.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:	Counsel of Record