UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CHARLOTTE MANUEL,**

      **Plaintiff,**

v.                                         **Case No. 3:19-cv-217-J-20PDB**

**JOHNSON & JOHNSON, et al.,**

      **Defendants.**
_____/

# O R D E R

This cause is before this Court on "Plaintiff's Unopposed Motion for Modification of Scheduling Order" (Dkt. 32).

Accordingly, it is **ORDERED**:

1. "Plaintiff's Unopposed Motion for Modification of Scheduling Order" (Dkt. 32) is **GRANTED**; and the deadlines from the Case Management and Scheduling Order (Dkt. 18) are modified as follows:

    a. Plaintiff's expert disclosure deadline is set for December 4, 2020;

    b. Defendants' expert disclosure deadline is set for January 15, 2021;

    c. The discovery cutoff date is extended until March 1, 2021;

    d. The dispositive motion deadline is extended until April 12, 2021;

    e. The final pretrial conference is scheduled for Wednesday, August 18, 2021 at 11:00 a.m. and

    f. This case is set for jury trial during the trial term commencing on October 4, 2021, at 9:30 a.m.

2. The remaining deadlines from the Case Management and Scheduling Order (Dkt. 18)

shall remain in effect.

       **DONE AND ENTERED** at Jacksonville, Florida, this 25th day of June, 2020.

                                  HARVEY E. SCHLESINGER
                                  UNITED STATES DISTRICT JUDGE

Copies to:
Luke Hertenstein, Esq.
Robert Elliott Price, Esq.
Joshua B. Walker, Esq.
Richard McLure Dye, Esq.
William E. Lawton, Esq.